In re:                                                          Case No. 16-11575-MCW
AVERY L HEATHCOCK                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2          User: estrellam          Page 1 of 1            Date Rcvd: Oct 11, 2016
                      Form ID: nch13pln         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2016.
```
db             +AVERY L HEATHCOCK,    2 NORTH 123RD DR.,    AVONDALE, AZ 85323-8031
14265528       +A-l Financial Corp,    7250 N 16th St Ste 400,    Phoenix AZ 85020-5281
14265529       +Aaron's Furniture,    700 N Dysart Rd,    Goodyear AZ 85338-1149
14265530       +Ad Astra Recovery,    8918 W 21st St N,    Suite 200 Mailbox 303,    Wichita KS 67205-1885
14265534       +Convergent Outsoucing, Inc,    Po Box 9004,    Renton WA 98057-9004
14265535       +Diversified Adjustment Swervices, Inc,    Dasi-Bankrupcty,    60 Coon Rapids Blvd,
                 Coon Rapids MN 55448-5809
14265537       +Hlsnevada,    6767 W Tropicana Ave,    Las Vegas NV 89103-4754
14265539        Mor Furnitur,    Cscl Dispute Team N8235-04m,    Des Moines IA 50306
14265540       +National Credit System,    Po Box 31215,    Atlanta GA 30332-1001
14265543       +Snap On Crdt,    Attn: Bankruptcy,    950 Technology Way Suite 301,    Libertyville IL 60048-5339
14265544       +Veros Credit,    2333 N. Broadway,    Santa Ana CA 92706-1656
14265545       +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcynotices@azdor.gov Oct 12 2016 00:46:59      AZ DEPARTMENT OF REVENUE,
                 BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
14265532        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 12 2016 00:48:30      American Honda Finance,
                 Po Box 168088,    Irving TX 75016
14265531       +E-mail/Text: EBNProcessing@afni.com Oct 12 2016 00:48:28      Afni,    Po Box 3427,
                 Bloomington IL 61702-3427
14265526       +E-mail/Text: bankruptcynotices@azdor.gov Oct 12 2016 00:46:59      Arizona Department of Revenue,
                 Special Operations Section, 7th Floor,    1600 West Monroe,    Phoenix AZ 85007-2612
14265533       +E-mail/Text: bankruptcy@aps.com Oct 12 2016 00:48:18      Arizona Public Service,    Po Box 53999,
                 Phoenix AZ 85072-3999
14265536       +E-mail/Text: bankruptcynotices@dcicollect.com Oct 12 2016 00:49:03      Diversified Consultant,
                 Dci,    Po Box 551268,    Jacksonville FL 32255-1268
14265527       +E-mail/Text: cio.bncmail@irs.gov Oct 12 2016 00:47:33      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia PA 19101-7346
14265538       +E-mail/Text: compliance@rentcollectglobal.com Oct 12 2016 00:49:44      Iq Data International,
                 1000 Se Everett Mall Way,    Everett WA 98208-2814
14265541        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2016 00:44:02
                 Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
14265542       +E-mail/Text: bk@rgsfinancial.com Oct 12 2016 00:46:56      Rgs Financial,
                 1700 Jay Ell Dr  Ste 200 Ste,    Richardson TX 75081-6788
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2016 at the address(es) listed below:
```
              BENJAMIN JOSEPH WRIGHT    on behalf of Debtor AVERY L HEATHCOCK bwright@wloaz.com,
               azbkwrightlaw@gmail.com,helpinghandslegalservice@gmail.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 2
```

FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:16−bk−11575−MCW

AVERY L HEATHCOCK  Chapter: 13
2 NORTH 123RD DR.
AVONDALE, AZ 85323
**SSAN:** xxx−xx−9661
**EIN:**

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

### OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003 |
| Address of Debtor(s) | AVERY L HEATHCOCK<br>2 NORTH 123RD DR.<br>AVONDALE, AZ 85323 |
| Address of Debtor(s) Attorney | BENJAMIN JOSEPH WRIGHT<br>Wright Law Offices<br>1418 North Scottsdale Road, Ste. 222<br>Scottsdale, AZ 85257 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: October 11, 2016**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**